**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Wilbur Lee WARD, a/k/a Wilburt Lee
Ward, Defendant—Appellant.**

No. 08–7165.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 30, 2009.

Decided: Feb. 23, 2009.

Wilbur Lee Ward, Appellant Pro Se. Matthew Childs Ackley, Office of the United States Attorney, Richmond, Virginia, for Appellee.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbur Lee Ward appeals the district court's order denying a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Ward*, No. 3:04–cr–00090–HEH (E.D. Va. June 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*